UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.   15-20632-CR-SCOLA

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

CHRISTOPHER RENNIE GLENN,
                    Defendant.
_____/

## NOTICE OF REQUEST FOR DISCLOSURES OF
## EXPERT WITNESS SUMMARIES

The defendant, Christopher Rennie Glenn, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion and the bases and reasons for the opinion.

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:      s/R. D'Arsey Houlihan
         R. D'Arsey Houlihan
         Supervisory Assistant Federal Public Defender
         Florida Bar No. 100536
         150 W. Flagler Street, Suite 1700
         Miami, Florida 33130-1556
         (305) 530-7000/(305) 536-4559, Fax
         d'arsey_houlihan@fd.org, E-Mail

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **March 9, 2016**, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/R. D'Arsey Houlihan

R. D'Arsey Houlihan

**SERVICE LIST**
**UNITED STATES v. CHRISTOPHER RENNIE GLENN**
**CASE NO. 15-20632-CR-SCOLA**
**United States District Court, Southern District of Florida**

**R. D'Arsey Houlihan**
Supervisory AFPD
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
(305) 536-4559, Fax
E-mail:   d'arsey_houlihan@fd.org

**Katie Carmon**
Assistant Federal Public Defender
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
(305) 536-4559, Fax
E-Mail: katie_carmon@fd.org

**Barbara A. Martinez**
Assistant United States Attorney
99 NE 4 Street
Miami, FL 33132
305-961-9146/Fax: 530-7976
Email: barbara.martinez2@usdoj.gov

**Daren Grove**
Assistant United States Attorney
99 NE 4 Street
Miami, FL 33132
305-961-9294
Email: daren.grove@usdoj.gov

**Olivia S. Choe**
Assistant United States Attorney
99 NE 4 Street
Miami, FL 33132
305-961-9437 /Fax: 305-536-4676
Email: Olivia.S.Choe@usdoj.gov