# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America,
    Plaintiff(s)

Case No. 15-20632 CR SCOLA

vs.

Christopher R. Glenn
    Defendant(s)

### *RELEASE OF EXHIBITS* (DEFENDANT)

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
    Item Nos. _____

☑ Other (Explain): A1a - A2d; A2e - A3e; A3g - A4d; A4h - A7d; A9b, A22 - A38, B; T2

☑ Attachments
(Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Joseph Rosenbaum
AGENCY OF FIRM: Joseph S. Rosenbaum PA
ADDRESS: 40 NW 3rd St #200 MIA, FL
TELEPHONE: 305 446 6099
DATE: 8 March, 2017

EXHIBITS RELEASED
BY: Jacob M. Hasbun
    (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

*[Handwritten annotations at top: "= Copy used of G=Gov't missing", "IS HOLDING", "IS HOLDING"]*

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT PRO-SE STANDBY ATTORNEY |
|---|---|---|
| Hon. Judge Robert N. Scola, Jr. (12-3) | Barbara A. Martinez, AUSA<br>Vanessa Johannes, AUSA<br>Christian Ford, DOJ | Joseph S. Rosenbaum |
| **TRIAL DATES** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Trial Commences: February 6, 2017 | Carleen Horenkamp | Jacob Hasbun |

| DEF. NO. | WITNESS | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| A1a | | | | Photograph taken in Chile of "Fernando" at 13 years old. |
| A1b | | | | "Derek Michael" California and Texas records. |
| A1c | | | | Photograph of Veronica Salcedo |
| A2a | | | | Photographs of individual C |
| A2b | | | | Emails from 2004 regarding immigration fraud |
| A2c | | | | Emails from 2005-2006 regarding individual C. |
| A2d | | | | Photographs of individual C |
| A2d1 | | | | Photograph of Individual C and Glenn |
| A2e | | | | Facebook photographs of individual C. |
| A3a | | | | Photographs with Glory. |
| A3b | | | | Photographs of Glory with Family |
| A3c | | | | Jordanian Marriage Contract with Glory |
| A3d | | | | Photographs of marriage ceremony with Glory. |
| A3e | | | | Wedding ceremony with Glory |
| A3f | | | | Wedding ceremony with Glory |
| A3g | | | | Marriage Certificate with Khadraa |
| A3h | | | | Divorce from Glory |
| A3i | | | | Contact information for lawyer in Jordan |
| A4a | | | | Wedding ceremony with Khadraa (DISC) |
| A4b | | | | Composite Exhibit: Wedding Kuwait Khadraa in 2008. |
| A4c | | | | 2008 and 2009 humanitarian work in Iraq. |
| A4d | | | | Khadraa and Christopher in Australia |

| | | | | | |
|---|---|---|---|---|---|
| A4e | | | | | Australia Zahraa Tati, family and children, breakdown in relationship. (DISC) |
| A4h | | | | | Photograph of Cynthia Machado |
| A4i | | | | | 2010 video produced by Christopher about orphans for adoption. |
| A4j | | | | | Photo of Khadhraa and Ruth Andrews |
| A4k | | | | | Photograph of Khadraa after becoming a United States citizen in 2010. |
| A4l | | | | | Photographs of Khadraa when she joined the army in 2013. |
| A5a | | | | | Photographs of wedding with individual F |
| A5b | | | | | Videos of wedding with individual F |
| A5c | | | | | Islamic materials shown to individual A and individual F before and after marriages. (DISC). |
| A6a | | | | | Photographs with Khadraa in Australia in 2011. |
| A7a | | | | | Composite Exhibit: Photographs of Maxima in 2012 |
| A7b | | | | | 2012 Yusif Oracion/Prayer. (DISC) |
| A7c | | | | | Composite Exhibit: Photographs with Maxima in 2012. |
| A7d | | | | | Photographs of Maxima with her family. |
| A8b | | | | | Email for Sinia to lawyer in Jordan. |
| A8c | | | | | Email regarding the Australian Visa for Sinia. |
| A9b | | | | | Photographs of Medicine found in the home. |
| A9d | Glenda Bonilla | | | | Lease agreement honduras 2010 |
| A22 | | | | | 29 Photos of Glenn and Sinia |
| A22b | | | | | Saludos 2.mp4 video |
| A34 | | | | | Photographs of home in Chula Vista |
| A37 | | | | | Screenshots of Sinia's Whatsapp messages. |

| | | | | |
|---|---|---|---|---|
| A38 | | | | 191.SSOG-CELL-ITEMS-PIC-005912-SSOG-CELL-ITEMS-PIC-005963, email to hospital for receipt, email to defendant, |
| A84  G | | | | Video of the deposition of Yarb Jamel Al-Ethary taken on 6/6/14 tape 3 of 3. |
| A85  G | | | | Video of the deposition of Yarb Jamel Al-Ethary taken on 6/10/14 tape 1 of 3. |
| A86  G | | | | Video of the deposition of Yarb Jamel Al-Ethary taken on 6/10/14 tape 2 of 3. |
| A87  G | | | | Video of the deposition of Yarb Jamel Al-Ethary taken on 6/10/14 tape 3 of 3. |
| A88  G | | | | Photograph of Yarb and Christopher. |
| A89  G | | | | Email between Khardraa and Christopher. |
| A90  C | | | | Email between Yarb and Christopher. |
| A91  G | | | | Photograph of Pickup Truck. |
| A92  G | | | | Photograph of outside of house. |
| A93  C | | | | Photograph of inside house. |
| A94  G | | | | Photograph of inside house. |
| A95  G | | | | Photograph of inside house. |
| A96  G | | | | Photograph of individual A |
| A97  G | | | | Photograph of individual A |
| A98  C | | | | Photograph of individual A's house. |
| A99  C | | | | Photograph of Sinia. |
| A100 G | | | | Phone calls between Ruth Andrews and Christopher. |
| A101 G | | | | Photograph of Sinia's house. |
| A102 C | | | | Video of Christopher, Yarb, individual C. |
| A103 G | | | | Photograph of Yarb and Maryori |
| A104 G | | | | Glenn legal notes |
| A105 C | | | | Consent to Search |
| A106 G | | | | Consent to Search Phone. |
| B | | | | Receipts of payments and charts |
| S1a | | | | Complete copy of documents provided to Sinia by investigator |
| S3 | | | | Sinia application for migration to Australia. |

| | | | | |
|---|---|---|---|---|
| T2 | | | | Photograph of battery backups and Synology. |