CASE NO. 15-20632 CR RNS

# DOCUMENT REMOVED

# PURSUANT TO COURT ORDER

DOCKET ENTRY NUMBER 405